# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **Image Professionals GmbH,**<br>*Plaintiff* | § § § § | |
| **v.** | § | **No. 1:26-cv-00777-ADA-SH** |
| **LNS Leander LLC,**<br>*Defendant* | § § § § | |

## ORDER

Before the Court is the parties' Joint Notice of Settlement, filed July 14, 2026 (Dkt. 13).[1] The parties state that they have reached a settlement in principle and request thirty days to file a stipulation of dismissal.

The Court **ORDERS** the parties to file a joint notice or stipulation of dismissal and proposed final judgment by **August 14, 2026**. The Court **FURTHER ORDERS** that all pending deadlines and settings in this case are **CANCELED**.

**SIGNED** on July 15, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 5.